**Anthony Leon GREENHILL,**
**Petitioner–Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

**No. 08–15076.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 21, 2010.

Anthony Leon Greenhill, Adelanto, CA, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Anthony Leon Greenhill appeals from the district court's judgment dismissing his petition for a writ of error coram nobis.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Greenhill seeks to challenge this court's 1993 denial of his petition for habeas relief regarding several California state burglary convictions. We reject Greenhill's invitation to revisit our prior ruling. *See United States v. Crowell,* 374 F.3d 790, 795–96 (9th Cir.2004).

**AFFIRMED.**